ELECTRONICALLY FILED
7/29/2016 9:26 AM
2016-M5-004375
ROOM: 0205
PAGE 1 of 3
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
MUNICIPAL DIVISION
CLERK DOROTHY BROWN

Attorney No. 32908

STATE OF ILLINOIS )
)
COUNTY OF COOK )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, FIFTH DISTRICT

| | |
|---|---|
| ALLAN BURRICHTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| NICHOLAS MCCRAY AND ) | |
| US XPRESS, INC. ) | |
| ) | |
| Defendant. ) | |

### COMPLAINT AT LAW

NOW COMES, the Plaintiff, ALLAN BURRICHTER, by and through her attorney, MICHAEL J. BRENNAN, P.C., and complaining of the Defendant, NICHOLAS MCCRAY AND US XPRESS, INC, states as follows:

1. That on or about January 4, 2016 the Plaintiff ALLAN BURRICHTER was a pedestrian walking in a Northwest direction in the parking lot at 2900 166th Place, in the Village of Markham, County of Cook, State of Illinois.

2. That on or about January 4, 2016 the Defendant, NICHOLAS MCCRAY, operated a motor vehicle which was also in the parking lot at 2900 166th Place in the Village of Markham, County of Cook, State of Illinois.

3. That on January 4, 2016, the Defendant, US XPRESS, INC., was the owner of the motor vehicle driven by the Defendant, NICHOLAS MCCRAY, and had given the Defendant,

1


EXHIBIT A

NICHOLAS MCCRAY, permission to operate the motor vehicle, in the Village of Markham, County of Cook and State of Illinois.

4. That on January 4, 2016, the Defendant, NICHOLAS MCCRAY, while operating a motor vehicle in the aforementioned parking lot backed up his vehicle and struck the Plaintiff, ALLAN BURRICHTER, who was lawfully in the parking lot in the Village of Markham, County of Cook, and State of Illinois.

5. That it was the duty of the Defendant to exercise an ordinary degree of care in the operation of said motor vehicle so as not to endanger the Plaintiff or others in and about the area.

6. That notwithstanding said duty, the Defendant was then and there guilty of one or more or all of the following acts and/or omissions:

ELECTRONICALLY FILED
7/29/2016 9:26 AM
2016-M5-004375
PAGE 2 of 3

 a. Carelessly and negligently drove at a speed which was greater than reasonable and proper with regard to traffic conditions in the use of the way, or which endangered the safety of the Plaintiff, in violation of the provisions of 625 ILCS 5/11-601;

 b. Carelessly and negligently failed to equip said motor vehicle with proper brakes, contrary to and in violation of the provisions of 625 ILCS 5/12-301;

 c. Carelessly and negligently operated a motor vehicle without keeping a proper and sufficient lookout for other motor vehicles and person in and about the area, and more particularly, for the Plaintiff;

 d. Carelessly and negligently failed to decrease the speed of said motor vehicle so as to avoid colliding with the Plaintiff, contrary to and in violation of the provisions of 625 ILCS 5/11-601;

 e. Carelessly and negligently failed to give audible warning with said motor vehicle's horn of the approach of said motor vehicle, although such warning was necessary to insure the safe operation of said vehicle, contrary to and in violation of the provisions of 625 ILCS 5/12-601

 e. Carelessly and negligently failed to sound an audible warning of impending danger;

2

    f.  Otherwise carelessly and negligently operated and controlled said motor vehicle.

6. That as a direct and proximate result of one or more of the foregoing, Defendant's vehicle was caused to and did strike the Plaintiff, and Plaintiff was injured and suffered injuries of a personal and pecuniary nature.

7 That Plaintiff's damages are in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

WHEREFORE, the Plaintiff, ALLAN BURRICHTER, prays for judgment against the Defendants, NICHOLAS MCCRAY AND US XPRESS, INC., for an amount not in excess of FIFTY THOUSAND ($50,000.00) DOLLARS.

ELECTRONICALLY FILED
7/29/2016 9:26 AM
2016-M5-004375
PAGE 3 of 3

MICHAEL J. BRENNAN, P.C.

BY: _____
MICHAEL J. BRENNAN,
Attorney for Plaintiff

MICHAEL J. BRENNAN, P.C. #32908
Attorney for Plaintiff
16521 South 106TH Court
Orland Park, Illinois 60467
708-460-9300